STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MICHAEL MERCURIO, DEFENDANT-APPELLANT.

Argued January 11, 1971—Decided January 25, 1971.

*Mr. Elmer J. Herrmann, Jr.* argued the cause for appellant.

*Mr. George N. Pappas,* Assistant Prosecutor, argued the cause for respondent (*Mr. Joseph P. Lordi,* Essex County Prosecutor, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion filed in the Appellate Division, 113 *N. J. Super.* 113.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN—7.

*For reversal*—None.